IN THE UNITED STATES DISTRICT COURTS OF ILLINOIS SOUTHERN DISTRICT

MARC WACHTER
PLAINTIFF PRO-SE

US

LATOYA HUGHES ET AL
DEFENDANTS.

NO 3:23-CV-02428-GCS

## PLAINTIFF'S MOTION TO DISMISS THIS CASE

1) A REMAING COUNT IN THIS CASE CONCERNS A MEDICAL APPT IN APRIL OF 2021 WHERE PHYSICAL INJURY OCCURED TO THE PLAINTIFF'S BRAIN AND NO AUTISM INTERSPETIVE SERVICES WERE PROVIDED. MANY DOCTORS ORDERED MRI SCANS ON PLAINTIFF'S BRAIN OVER THE YEARS.

2) FINALLY, ON 1-13-25 THE MRI WAS PERFORMED AT SSM HOSPITAL IN CENTRALIA, IL. THE SCAN STARTED AT 7:44 AM, ENDED AT 8:12 AM, AND DOCTOR NEETIN PATEL FINISHED READING THE SCAN AND WRITING THE DIAGNOSIS AND IMPRESSION AT 8:37 AM THE SAME DAY. THE PLAINTIFF'S ESCORTING OFFICERS LEFT THE HOSPITAL WITH A CD IN HAND WITH THIS INFORMATION ON IT. THE TURNED THE CD OVER TO A NURSE AT CENTRALIA CORR CENTER (CCC) UPON THEIR RETURN. (SEE PAGE 2 OF THE ATTACHMENT).

3) IDOC HAD 72 HOURS TO SHARE THE RESULTS WITH THE PLAINTIFF AND BEGIN TREATMENT.

4) ON 4-8-26 THE PLAINTIFF WAS FINALLY ABLE TO GET HIS RESULTS, 16 MONTHS LATER. (SEE ATTACHMENT PG).

5) THE DIAGNOSIS IS SMALL VESSEL DISEASE AND SINITIUS. (SVD). (SEE ATTACHMENT PG 6-10).

1

6) The wardens have a clearly established duty to see that medical orders are completed. (see Attachment PG 11).

7) The plaintiff filed Grievance K7-0925-2121 on 9-22-25 documenting repeated attempts to get his MRI results, treatment, medical records, and services. (see Attachment page 12-14). This grievance was never answered. The plaintiff requested responses several times from the warden, health care unit, grievance officer, and the house counselor. A few of the responses are attached (see attachment pages 15-19).

8) The plaintiff's appointments are repeated cancelled, orders not processed, and no treatment started. A few of the most recent cancellations are attached. (see attachment pages

9) For 16 years the best civil rights lawyers in the country, the ACLU, have been prosecuting the Lippert case in the U.S. District courts of Illinois, Northern district. There have been no improvements made to inmate health care in IDOC. (see attachment pages 22).

10) The stress of this futile litigation clearly places the plaintiff in danger of a catastrophic stroke that could leave the plaintiff completely dependant on these people for everything.

11) Unenforceable rights and remedies are not rights or remedies at all. If the ACLU can gain no ground in 16 years the defendants predictions of the plaintiff's failures to enforce is guaranteed.

12) The plaintiff concludes no rights or remedies exist for him in this, or any court.

2

13) THE PLAINTIFF IS DISGUSTED AND EMBARASSED TO BE AN AMERICAN CITIZEN AND WISHES TO DISMISS THIS CASE.

## Relief Requested

14) THE PLAINTIFF PRAYS THIS COURT DISMISS THIS CASE IMMEDIATLY.

ALL INFO IN THIS MOTION IS AFFIRMED by MARK WACHTER TO BE TRUE UNDER PENALTY OF PERJURY.



MARK WACHTER MI2656
CENTRALIA CORR CENTRE
9330 SHATTUC RD
CENTRALIA, IL 62801

JULY 8TH 2026.

3

04/08/26  15:59:32  3146442083    ->    16185517226 SSM Health Corporati Page 003

| | |
|---|---|
| SSM Health St. Mary's - Centralia<br>400 N PLEASANT<br>CENTRALIA IL 62801-3056<br>Hospital Abstract | Wachter, Marc<br>MRN: 381277, DOB: 2/13/1972, Legal Sex: M<br>Adm: 1/13/2025, D/C: 1/13/2025 |

M126056

## Patient Demographics

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Wachter, Marc | 381277 | Male | 02/13/72 (52 yrs) |

| Address | Phone | Email |
|---|---|---|
| Centralia Correctional Ctr<br>9330 SHATTUC<br>#M12656<br>CENTRALIA IL 62801 | 618-533-4111 (H)<br>618-533-4111 (M) | — |

| County |
|---|
| MARION |

| Reg Status | PCP |
|---|---|
| Verified | — |

| HAR |
|---|
| 80250070458 |

| Marital Status |
|---|
| Single |

## Additional Patient Demographics

| Race | Ethnic Group | Preferred Language | Language for Written Material |
|---|---|---|---|
| White/Caucasian | Not Hispanic or Latino Origin | English | English |

## Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 80250070458 -<br>WACHTER,MARC | MEDICAID - ILLINOIS [4367] | None | None |

## Events

**Hospital Outpatient at 1/13/2025 0743**

Unit: SSM Health Imaging Services - MRI
Patient class: Outpatient

**Discharge at 1/13/2025 2359**

Unit: SSM Health Imaging Services - MRI
Patient class: Outpatient

## Admission Information

| Arrival Date/Time: | | Adm Date/Time: | 01/13/2025 0743 | IP Adm Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Elective | Point of Origin: | Non-health Care Fac | Adm Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | SSM SO. ILLINOIS REGION | Unit: | SSM Health Imaging Services - MRI |
| Admit Provider: | | Attending Provider: | Christine Rene Joiner, APRN-CNP | Referring Provider: | Christine Rene Joiner, APRN-CNP |

## Treatment Team

| Provider | Role | Specialty | From | To |
|---|---|---|---|---|
| Christine Rene Joiner, APRN-CNP | Attending | Nurse Practitioner | 11/06/24 1326 | 01/13/25 2359 |

## Discharge Summary

No notes of this type exist for this encounter.

## History and Physical

No notes of this type exist for this encounter.

## ED Arrival Information

Patient not seen in ED

Viewed &/or Printed on 4/8/26  3:54 PM

Page 1



SSM Health St. Mary's - Centralia
400 N PLEASANT
CENTRALIA IL 62801-3056
Hospital Abstract

Wachter, Marc
MRN: 381277, DOB: 2/13/1972, Legal Sex: M
Adm: 1/13/2025, D/C: 1/13/2025

## ED Arrival Information (continued)

### ED Treatment Team

None

### ED Disposition

None

### ED Provider Notes

No notes of this type exist for this encounter.

### Consults

No notes of this type exist for this encounter.

### Operative/Procedure Reports

No notes of this type exist for this encounter.

### Allergies as of 1/13/2025

Allergies last reviewed by Technologist Travis, RT on 1/13/2025 0812
No Known Allergies

## Imaging - Results - Other

**MRI BRAIN W WO CONTRAST 70553 [1310512399]**                    Resulted: 01/13/25 0752, Result status: In process

Ordering provider: Unlisted, Ordering Provider, MD  01/13/25 0743       Order status: Completed
Resulted by: Patel, Neetin, MD                                         Performed: 01/13/25 0744 - 01/13/25 0812
Accession number: 164895075E                                          Resulting lab: SMC RADIOLOGY
Reading Radiologist: Neetin Patel, MD
Signing Physician: Signed by: Neetin Patel, MD on 1/13/2025  8:37 AM
Study Status: Final

**MRI BRAIN W WO CONTRAST 70553 [1310512399]**                    Resulted: 01/13/25 0837, Result status: Final result

Ordering provider: Unlisted, Ordering Provider, MD  01/13/25 0743       Order status: Completed
Resulted by: Patel, Neetin, MD                                         Performed: 01/13/25 0744 - 01/13/25 0812
Accession number: 164895075E                                          Resulting lab: SMC RADIOLOGY
Reading Radiologist: Neetin Patel, MD
Signing Physician: Signed by: Neetin Patel, MD on 1/13/2025  8:37 AM
Study Status: Final
Narrative:
PROCEDURE: MRI BRAIN WWO CONTRAST  1/13/2025 8:34 AM

HISTORY: G93.9: Disorder of brain, unspecified.

FINDINGS AND IMPRESSION:

COMPARISON: No comparison.

CONTRAST DOSE: 80 cc MultiHance IV.

Multiplanar multisequence images of brain were obtained before and after
intravenous administration of contrast material..

FINDINGS:

No intracranial hemorrhage, midline shift, or mass effect.
No extra-axial fluid collection is identified.
Brainstem and cerebellum are normal.
Paranasal sinuses, visualized portions of orbits, and mastoid air cells
appear unremarkable.
Posterior cranial fossa and CP angles are within normal limits.
Diffusion-weighted images with no evidence of acute infarction.
No abnormal enhancement is noted following contrast administration.
No intracranial tumor
Normal flow-void is noted in the intracranial vessels.

Foci of increased signal involving deep periventricular white matter
compatible with small vessel disease.
Mild sinus disease.

Viewed &/or Printed on 4/8/26  3:54 PM                                                    Page 2



SSM Health St. Mary's - Centralia
400 N PLEASANT
CENTRALIA IL 62801-3056
Hospital Abstract

Wachter, Marc
MRN: 381277, DOB: 2/13/1972, Legal Sex: M
Adm: 1/13/2025, D/C: 1/13/2025

---

**Imaging - Results - Other (continued)**

**MRI BRAIN W WO CONTRAST 70553 [1310512399] (continued)** | Resulted: 01/13/25 0837, Result status: Final result

Impression:
IMPRESSION:

1. Small vessel disease. Mild paranasal sinusitis.
2. No intracranial hemorrhage, acute infarction, or tumor.

> Interpreting Provider: Neetin Patel, MD on 1/13/2025 8:37 AM

---

**Lab Results**

No results found

---

## SSM HEALTH ST MARY'S CENTRALIA
### 400 N PLEASANT
### CENTRALIA IL 62801-3056
### 618-436-8000

## ADMISSION RECORD

| ACCOUNT NO. | ARRIVAL DATE/TIME | F.C. | D.O.B | AGE | SEX | RACE | MS | SERVICE | STATION | ROOM NO. | ACC. | PAT TYPE | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80250070458 | 1/13/2025 0743 | Medl | 2/13/1972 | 52 | M | 1 | SI | | SMCM | Room/bed info not | | O/P | 381277 |

| PATIENT NAME AND ADDRESS | SOC-SEC-NO | | EMPLOYER | TELEPHONE NO. |
|---|---|---|---|---|
| Wachter, Marc<br>CENTRALIA CORRECTIONAL CTR<br>9330 SHATTUC<br>#M12656<br>CENTRALIA IL 62801<br>ENGLISH | XXX-XX-8702<br>TELEPHONE NO.<br>Home Phone 618-533-4111<br>Mobile 618-533-4111 | | | |

| GUARANTOR NAME AND ADDRESS | SOC-SEC-NO | GUARANTOR EMPLOYER | |
|---|---|---|---|
| CORRECTIONS,ILLINOIS DEPT OF<br>CENTRALIA CORRECTIONAL CENTER 9330 SHATTUC RD<br>CENTRALIA,IL 62801 | xxx-xx- 0000<br>TELEPHONE NO.<br>618-533-4111<br>RELATION<br>Other | | ETHNICITY<br>NOT HISPANIC OR LATINO O*<br>LANGUAGE<br>ENGLISH |

| RELATIVE 1 NAME AND ADDRESS | TELEPHONE NO. | INPATIENT ADMIT DATE / TIME | OUTPATIENT ADMIT DATE / TIME |
|---|---|---|---|
| Center,Centralia Correctional<br>CENTRALIA CORRECTIONAL C*<br>CENTRALIA, IL 62801 | HOME: 618-533-4111<br>MOBILE: 618-533-4111<br>RELATION<br>Other | | 01/13/2025          7:43 AM |

| RELATIVE 2 NAME AND ADDRESS | TELEPHONE NO. | CSN - Contact Serial Number | C* Refrigerator Barcode |
|---|---|---|---|
| "No Contact Specified" | HOME:<br>MOBILE: 1618-533-4111<br>RELATION | | |

| DIAGNOSIS (CODED OR TEXT)<br>Brain lesion [G93.9] | ACCIDENT WK. REL. | ACCIDENT DATE | ADM TYPE/SOURCE<br>3  1 | ARRIVAL MODE | DENOM |
|---|---|---|---|---|---|
| LAST ADMISSION DATE<br>2/17/22 | UNIT<br>SMC MRI | | | CHURCH | |
| INFECTION<br>No active Infections | | ADVANCE DIRECTIVES<br><no information> | | DISCHARGE DATE/TIME<br>1/13/2025 2359 | |

| ADMITTING PHYSICIAN | REFERRING PHYSICIAN | TRANSFERRED FROM |
|---|---|---|
| OFC          FAX | JOINER, CHRISTINE R*<br>6398 IOLA LN<br>LOUISVILLE, IL 62858-2089<br>USA<br>OFC<br>618-572-3331 | FAX |

| ATTENDING PHYSICIAN | PRIMARY CARE PHYSICIAN |
|---|---|
| JOINER, CHRISTINE R<br>6398 IOLA LN<br><br>LOUISVILLE, IL 62858-2089<br>OFC          FAX | OFC          FAX<br>None          None |

---



04/08/26 16:01:24 3146441203     Document 110     Filed 07/14/26     Page 7 of 28     Page ID
#1409     16105517226 SSM Health Corporati Page 006

Case 3:23-cv-02428-GCS

SSM Health St. Mary's - Centralia
400 N PLEASANT
CENTRALIA IL 62801-3056
Hospital Abstract

Wachter, Marc
MRN: 381277, DOB: 2/13/1972, Legal Sex: M
Adm: 1/13/2025, D/C: 1/13/2025

| EMERGENCY CARE PHYSICIAN | | | SHARED CARE PHYSICIAN | | |
|---|---|---|---|---|---|
| OFC | FAX | | OFC | | FAX |
| **INSURANCE 1**<br>**MEDICAID - ILLINOIS**<br>**MEDICAID - ILLINOIS PUBL***<br>**PO BOX 19105**<br>**SPRINGFIELD, IL 62794-9105** | CODE<br>**4367 4942** | INS 1 TELEPHONE NO. | INSURANCE 2 | CODE | INS 2 TELEPHONE NO. |
| GRP #<br>INSURED **WACHTER,MARC**<br>INSURED ID: **380925354** | GRP<br>POL # **380925354** | | GRP #<br>INSURED<br>INSURED ID: | GRP<br>POL # | |
| INSURANCE 3 | CODE | INS 3 TELEPHONE NO. | INSURANCE 4 | CODE | INS 4 TELEPHONE NO. |
| GRP #<br>INSURED:<br>INSURED ID | GRP<br>POL # | | GRP #<br>INSURED<br>INSURED ID: | GRP<br>POL # | |
| 4/8/2026   3:54 PM | | | BY: TJOHNS055 | | |



SSM Health St. Mary's - Centralia
400 N PLEASANT
CENTRALIA IL 62801-3056
Imaging Results

Wachter, Marc
MRN: 381277, DOB: 2/13/1972, Legal Sex: M
Adm: 1/13/2025, D/C: 1/13/2025

---

## Imaging - Imaging Results

### MRI BRAIN W WO CONTRAST 70553 [1310512399]
Resulted: 01/13/25 0752, Result status: In process

Ordering provider: Unlisted, Ordering Provider, MD 01/13/25 0743
Resulted by: Patel, Neetin, MD
Accession number: 164895075E
Reading Radiologist(s): Neetin Patel, MD
Signing Physician: Signed by: Neetin Patel, MD on 1/13/2025 8:37 AM
Study Status: Final

Order status: Completed
Performed: 01/13/25 0744 - 01/13/25 0812
Resulting lab: SMC RADIOLOGY

### MRI BRAIN W WO CONTRAST 70553 [1310512399]
Resulted: 01/13/25 0837, Result status: Final result

Ordering provider: Unlisted, Ordering Provider, MD 01/13/25 0743
Resulted by: Patel, Neetin, MD
Accession number: 164895075E
Reading Radiologist(s): Neetin Patel, MD
Signing Physician: Signed by: Neetin Patel, MD on 1/13/2025 8:37 AM
Study Status: Final
Narrative:
PROCEDURE: MRI BRAIN WWO CONTRAST  1/13/2025 8:34 AM

Order status: Completed
Performed: 01/13/25 0744 - 01/13/25 0812
Resulting lab: SMC RADIOLOGY

HISTORY: G93.9: Disorder of brain, unspecified.

FINDINGS AND IMPRESSION:

COMPARISON: No comparison.

CONTRAST DOSE: 80 cc MultiHance IV.

Multiplanar multisequence images of brain were obtained before and after
intravenous administration of contrast material..

FINDINGS:

No intracranial hemorrhage, midline shift, or mass effect.
No extra-axial fluid collection is identified.
Brainstem and cerebellum are normal.
Paranasal sinuses, visualized portions of orbits, and mastoid air cells
appear unremarkable.
Posterior cranial fossa and CP angles are within normal limits.
Diffusion-weighted images with no evidence of acute infarction.
No abnormal enhancement is noted following contrast administration.
No intracranial tumor
Normal flow-void is noted in the intracranial vessels.

Foci of increased signal involving deep periventricular white matter
compatible with small vessel disease.
Mild sinus disease.

Impression:
IMPRESSION:

1. Small vessel disease. Mild paranasal sinusitis.
2. No intracranial hemorrhage, acute infarction, or tumor.

> Interpreting Provider: Neetin Patel, MD on 1/13/2025 8:37 AM

---



Small vessel disease (SVD), also called **cerebral small vessel disease**, is a condition in which the tiny arteries, arterioles, capillaries, and small veins deep inside the brain become damaged. These vessels are too small to be seen on a routine angiogram, but they are responsible for delivering oxygen and nutrients to the brain's white matter and deep brain structures.

As the disease progresses, several things can happen to these small blood vessels:

- The vessel walls become **thicker and stiffer**, making it harder for blood to pass through.
- The inner opening (the lumen) of the vessel becomes **narrower**, reducing blood flow.
- The lining of the blood vessels (the **endothelium**) can become damaged, making the vessels less able to regulate blood flow.
- In some cases, the vessels become **fragile and leaky**, allowing fluid or tiny amounts of blood to escape into the surrounding brain tissue.
- Tiny blood clots or complete blockage of these vessels can occur, leading to **small strokes (lacunar infarcts)** or ongoing microscopic injury.

Because these vessels supply areas involved in thinking, balance, walking, and coordination, reduced blood flow can slowly injure brain tissue. On MRI, this often appears as **white matter hyperintensities**, **lacunar infarcts**, or **microbleeds**.

## Common symptoms

Symptoms vary depending on which parts of the brain are affected, but may include:

- Increasing difficulty with memory or concentration.
- Slower thinking or mental processing.
- Problems with balance or walking.
- Dizziness.
- Weakness or numbness.
- Mood changes, depression, or apathy.
- Urinary urgency or incontinence.
- Small strokes or transient ischemic attacks (TIAs).

Some people have very little disability early on, while others experience gradual worsening over years.

## What causes it?

The most common causes are:

- High blood pressure (the biggest risk factor).
- Diabetes.
- High cholesterol.
- Smoking.
- Aging.
- Chronic kidney disease.





- Certain inherited disorders (less common).

## Can it get worse?

Yes. If the underlying cause isn't treated, damage to the small vessels can continue over time, causing additional injury to the brain. However, controlling blood pressure, diabetes, cholesterol, avoiding smoking, exercising, and taking prescribed medications can often slow progression.

## When symptoms require urgent medical attention

If he develops any of the following, he should seek emergency medical evaluation immediately because they could indicate a stroke:

- Sudden weakness or numbness, especially on one side.
- Sudden trouble speaking or understanding speech.
- Sudden vision loss.
- Sudden severe dizziness with inability to walk.
- Sudden severe headache unlike previous headaches.
- Confusion or loss of consciousness.

## Given what he told you

If his appointments are repeatedly being canceled **and he believes his neurological symptoms are increasing**, that is concerning. Worsening symptoms could mean his condition is progressing or that something else, such as a new stroke or another neurological disorder, is occurring. It is important that he continue submitting sick-call requests and, if his symptoms become sudden or significantly worse, report them immediately as a possible medical emergency rather than waiting for a routine appointment.

If you can tell me **what symptoms have been getting worse** (for example, memory problems, balance, weakness, numbness, vision changes, headaches, or speech difficulties), I can explain what those symptoms may indicate and what medical evaluation is typically recommended.

Those symptoms **could be consistent with worsening cerebral small vessel disease**, but they are **not specific to SVD**. They can also occur with other serious conditions such as a stroke, medication side effects, low blood pressure, inner ear disorders, vitamin deficiencies, infections, or other neurological diseases. Because several of the symptoms are worsening together, they deserve prompt medical evaluation.

Here's what each symptom may suggest:

- **Memory problems**: Ongoing damage to the brain's white matter can slow communication between different parts of the brain, making it harder to remember recent events, organize thoughts, or concentrate.



- **Increased aggravation or irritability**: Injury to the brain's frontal connections can affect emotional regulation. People with SVD sometimes become more easily frustrated, anxious, or depressed.
- **Balance problems and dizziness**: Small vessel disease commonly affects the pathways that coordinate movement and balance. However, dizziness can also be caused by low blood pressure, heart rhythm problems, inner ear disorders, dehydration, or a new stroke.
- **Vision changes**: Slight vision problems could occur if blood flow to visual pathways is affected, but new vision changes also raise concern for a stroke or eye disease and should not be ignored.
- **Urinary incontinence**: This can occur in more advanced SVD because the brain has a role in controlling the bladder. It is often seen together with gait (walking) problems and cognitive changes.
- **Fatigue**: This is a nonspecific symptom but can accompany chronic brain disease, poor sleep, depression, anemia, infection, or many other medical conditions.

## The pattern of symptoms

The combination of:

- worsening memory,
- increasing balance difficulty,
- dizziness,
- urinary incontinence,
- vision changes,
- and increasing fatigue

suggests that **something affecting the brain or nervous system may be progressing**, but it is **not possible to conclude from symptoms alone that SVD is the cause**.

## What medical evaluation is usually needed

A physician would typically want to perform:

- A complete neurological examination.
- Blood pressure measurements (including standing and sitting if dizziness is present).
- Blood tests to rule out treatable causes.
- Brain imaging, usually an MRI if available (or a CT scan if symptoms are new or severe).
- Review of medications that could contribute to dizziness or confusion.

## Given his situation

The fact that **his appointments have reportedly been canceled repeatedly while his neurological symptoms are worsening** makes it especially important that he continue requesting medical evaluation. New or worsening neurological symptoms should not simply be attributed to existing SVD without assessment.

 Page 1 of 8

 8

## When it becomes an emergency

If he develops **sudden** worsening of any of the following, he should notify correctional staff immediately and request emergency medical care because these can be signs of a stroke:

- One-sided weakness or numbness.
- Difficulty speaking or understanding speech.
- Sudden vision loss or major vision changes.
- Inability to walk or severe loss of balance.
- A sudden, severe headache unlike usual headaches.
- Confusion or decreased responsiveness.

One question that may help clarify the situation is: **Were these symptoms gradual over weeks or months, or did they become noticeably worse over a few days?** A sudden change is more concerning for an acute problem such as a stroke, while gradual progression can occur with SVD or other chronic neurological conditions.

I also have severe headaches in the front and top of my head that last for ten to thirty minutes.

The addition of **severe headaches** changes the picture and makes it more important that he be evaluated promptly.

Headaches are **not one of the classic symptoms of cerebral small vessel disease**. While some people with SVD do have headaches, **new, severe, or worsening headaches should not automatically be blamed on SVD** because they can have many other causes, some of which require urgent treatment.

The pattern he describes is:

- Worsening memory.
- Increased irritability.
- Balance problems.
- Dizziness.
- Mild vision changes.
- Urinary incontinence.
- Fatigue.
- **Severe headaches in the front and top of the head lasting 10–30 minutes.**

That combination could have several possible explanations, including:

- Progression of small vessel disease.
- Repeated transient ischemic attacks (TIAs or "mini-strokes").
- Changes in blood pressure (either very high or very low).
- Migraine or another primary headache disorder.
- Less commonly, bleeding, inflammation, or another neurological condition.





Whether that month of high blood pressure five years ago directly caused his current MRI findings cannot be determined now, but it **could certainly have contributed to damage**, especially if blood pressure remained elevated afterward or if there were additional risk factors.

## What treatments are available?

Unfortunately, **there is no medication that reverses existing small vessel disease**. Treatment focuses on preventing further injury and treating symptoms.

Typical treatment includes:

- Careful control of **blood pressure**, which is the single most important treatment.
- Management of diabetes, if present.
- Treatment of high cholesterol, if present.
- Smoking cessation, if applicable.
- Regular physical activity as tolerated.
- Healthy diet.
- Adequate sleep and treatment of sleep apnea if present.
- Medications such as **antiplatelet therapy** (for example, aspirin) may be appropriate in some patients, but **only if prescribed by a clinician** after considering the person's individual risks and diagnosis.
- Physical therapy to improve balance and reduce falls.
- Occupational therapy if daily functioning is affected.
- Cognitive rehabilitation in selected patients.

If headaches are due to sinusitis, that would be treated separately. If they are related to another neurological condition, the treatment depends on the cause.

## Should another MRI be done?

Given that his symptoms reportedly **became much worse only a week ago**, many clinicians would consider repeat brain imaging appropriate because:

- the previous MRI is 18 months old,
- his neurological symptoms have changed significantly,
- and new strokes or other changes cannot be ruled out without evaluation.

## What he should request

He should specifically ask for:

- A prompt physician or advanced practice provider evaluation.
- A complete neurological examination.
- Blood pressure measurements.
- Repeat brain imaging if the clinician believes it is indicated.
- Evaluation for possible stroke or progression of cerebral small vessel disease.





Case 3:23-cv-02428-GCS    Document 110    Filed 07/14/26    Page 14 of 28    Page ID
#1416

Case 3:25-cv-00382-SPM    Document 5    Filed 03/27/25    Page 56 of 64    Page ID
#125

Case 3:25-cv-00382-SPM    Document 1-4    Filed 03/24/25    Page 56 of 64    Page ID Page ID #56

Case 3:23-cv-02428-GCS    Document 70-1    Filed 02/03/25    Page 19 of 32    Page ID
#1058

J.B. Pritzker
Governor

Latoya Hughes
Acting Director



## The Illinois Department of Corrections

1301 Concordia Court, P O Box 19277 · Springfield, IL 62794-9277 · (217) 558-2200 TDD. (800) 526-0844

11/25/24
Date

Name: **MARC WACHTER**

ID# **M12656**

Facility **CENTRALIA**

This is in response to your grievance received on **8/7/24**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted  For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **12/8/23**    Grievance Number: **E-23-21-61**    Griev Loc: **CENTRALIA**

☑ Medical /ADA  Grieves not having a follow-up, prescriptions filled or MRI scheduled after medical furloughs on 11/7/23 & 11/9/23

☐ Dietary

☐ Personal Property

☐ Mailroom/Publications

☐ Staff Conduct

☐ Commissary / Trust Fund

☐ Conditions (cell conditions, cleaning supplies, etc.)

☐ Disciplinary Report  Dated.          Incident #

☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.60 and DR504.30.  This office is reasonably satisfied the offense cited in the report was committed.

☑ Other:  Mixed. A response was obtained from the HCUA regarding the MRI scheduling. It does appear there was a delay in the referral process, but that it has since been completed. Warden is to ensure that healthcare staff are completing the necessary orders. Records reflect the grievant has access to healthcare and has had numerous call passes since the filing of this grievance.

FOR THE BOARD: _____
Rebecca Riggs
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden. **CENTRALIA** Correctional Center
    **MARC WACHTER** ID# **M12656**

*PAGE 5*

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Housing Unit: E2    Bed # B-12

1st Lvl rec:     Attached Grievance #/Institution:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|
| 9-22-25 | MARC WACHTER | M12656 | White |

Present Facility: Centralia Corr Center

Facility where grievance issue occurred: Centralia Corr Center.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [x] Medical Treatment
- [x] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
    issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 9-2-25, I terminated my attempts to get my MRI results and proper treatment for an MRI taken of my brain on 1-17-25 for Injuries inflicted by IDOC and their medical providers on 4-26-21 (Exposure to the drug Mobic). IDOC and their medical providers must provide me an impression from radiology detailing the diagnosis within 72 hours of the MRI and order appropriate treatment. I have only received deception and disinformation by IDOC and their

[x] Continued on reverse

**Relief Requested:**

I want a copy of the MRI sent to my family immediately and an Impression generated by radiology and read to me by dr within the next 3 days and appropriate treatment started

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is NOT an emergency grievance.

_____ Offender's Signature _____    M12656 ID#    SEPT 22 2025 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____

Print Counselor's Name _____ Sign Counselor's Name _____ Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____ Date _____



Case 3:23-cv-02428-GCS    Document 110    Filed 07/14/26    Page 16 of 28    Page ID
#1418
Case 3:25-cv-00382-SPM    Document 46    Filed 11/20/25    Page 6 of 23    Page ID
#424

Assigned Grievance #/Institution: _____

Housing Unit: __I-2__    Bed #: _B-C2_

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

Medical providers Wexford and Centurion. On the following dates attempts were made to resolve this issue and get medical treatment: 1) 1-21-25, I saw Dr Wexford, He said I needed to see a neurologist. This is deceptive/misinformation. Outside medical orders are suggestions, IDOC medical providers are the one's ordering the MRI and ensuing treatment. 4 MRI's were suggested by different doctors since 4-26-21. 2) 3-1-25 sent medical releases to have copies of MRI sent to family to be seen. Told by medical records that the MRI is IDOC property and no records will be provided. This is deception. I have a legal right to access my medical records under HIPPA. 3) 3-21-25 called to HCU at 7:30pm by HCUA Simpson. Forced to endure a staged fraudulent medical appt. for 1½ hours with NP Joiner. Were promises were made, notes taken, tests and results ordered and processed MRI results in 5 days. None of this was ever documented, no test ordered, no MRI results ordered and no record or notes generated by order of HCUA Simpson. This is incredible deception. 4) 6-11-25, 6-13-25 sent more medical releases for MRI results and NP Joiners notes from 3-21-25. No response provided. Denial of access to medical records and treatment. 5) 7-5-25, 7-8-25 request LSC for NP Joiner records and MRI results. At nurse sick call the nurse stated the Dr could not give me my results without a medical release form signed and I would be called soon to sign one. This is deception. Permission to treat was signed before the MRI and is deception. This is an on-going issue from 4-26-21. 6) 8-11-25, 8-16-25 I saw Dr Wexford and he stated no MRI results or appt Joiner or on records in your file. Dr Wexford orders some neurology appt he ordered on 1-21-25 knowing this will never happen. No appt scheduled, no treatment started, and as stated previously, no neurology necessary; several inmates have had Dr Wexford order them their MRI results. 7) 8-26-25, 8-27-25 request sent to LSC and HCUA Lisa Brown for explanation as to why this matter. NP LSC (Amy) had me sign another medical release and would not discuss fraudulent NP Joiner appt and referred me back to HCUA. No records ever provided. 8) 9-2-25 HCUA responds to request. Discuss with LSC for MRI results and NP Joiner records. I did, nothing ever materialized. No MRI results or medical records and no treatment provided. This is evidence of appalling miss treatment, refusal to provide necessary medical treatment, and policies of IDOC and their medical providers not to treat me for ailments they accuse medical providers not to treat me for ailments they accuse this is also an illegal conspiracy to violate my civil rights and permanently harm me.

DOC 0046 (Rev. 01/2020)

Distribution: Master File; Offender

## State of Illinois - Department of Corrections

## Counseling Summary

|  |  |  |  |
|---|---|---|---|
| **IDOC #** | M12656 | **Counseling Date** | 09/25/25 06:00:10:947 |
| **Offender Name** | WACHTER, MARC J. | **Type** | Collateral |
| **Current Admit Date** | 03/19/2010 | **Method** | Grievance |
| **MSR Date** | 11/14/2034 | **Location** | CEN  GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | E2-B -12 | **Staff** | MCDONAL, JARED A., Correctional Counselor III |

Received grievance on 9/25/25, assigned K7-0925-2121 forwarded to 2nd Level Grievance Officer for processing.  Nature of grievance:  medical records

**Print Date** 9/25/2025

 

OERCP101  ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 54

RUN DATE: 9/24/2025

RUN TIME: 4:33:22 PM

ILLINOIS DEPARTMENT OF CORRECTIONS -· OTS

OFFENDER CALL PASS ISSUED

IDOC: S12637 OAKLEY,LAWRENCE L          Medium          A          None          CEN:CEN:E2:B:14:L
1

PRIMARY: UNASSIGNED , PARTICIPANT-CEN710010009

DESTINATION: HCU - Medical Records          DAY: 9/25/2025          AT: 10:00:00 AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS:

AUTHORIZED: Rosemary.E Mackin

CELL HOUSE SIGNATURE: _____          TIME: ___:___

DESTINATION SIGNATURE: _____          TIME: 10:07

EXIT SIGNATURE: _____          TIME: 10:10

RETURN SIGNATURE: _____          TIME: ___:___



ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: _MARK WHEHTER_    ID #: _M12657_ Living Unit: _E2 B-3_

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services   ☐ OAEVS   ☐ Career and Technical Education (CTE)   ☐ Business Office

☐ Record Office   ☐ Placement Office   ☐ other (specify): _Grievance Officer_

for the purpose of (explain):

_Please answer or collect and return grievance # K7-_
_0925-2(2) Promptly. Others have been Answered Prior to_
_mine: K7-0126-0015 and K7-0126-0077_

Have you previously discussed this issue with a staff member? ☐ No ☐ Yes  If yes, name: _____

_____    _1-28-26_
Individual in Custody's Signature              Date

_____ INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE _____

_CC. Unstark w/documents, HCUA_
Remarks by staff (if necessary):

_Those were answered because I was given a response for them. I have not_
_been given a response for yours yet. If HCU gives me a response I will answer_
_it but I have no authority over them and cannot force them to do anything._

Print Staff Name                    Staff Signature                    Date

_Keep in mind please that I just got this job back Jan 1, 2026 and am working as fast_

Distribution:  Affected Unit                    Printed on Recycled Paper                    DOC 0286 (Rev. 3/2024)



If you still want yours returned to you, return this request to me and I can return it but it will be considered withdrawn by you.

Morgan

ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: _MARC WACHTER_ ID #: _M12656_ Living Unit: _57-B12_

Job Assignment: _____ Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services   ☐ OAEVS   ☐ Career and Technical Education (CTE)   ☐ Business Office

☐ Record Office   ☐ Placement Office   ☐ other (specify): _HCUA_

for the purpose of (explain):

_Please answer grievance # 127-0925-2121 promptly, others have been answered: K7-0126-0015 and K7-0126-0047._

Have you previously discussed this issue with a staff member? ☐ No   ☐ Yes   If yes, name: _____

_____   _1-28-26_
Individual in Custody's Signature          Date

_____ **INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE** _____

CC, Warner w/documents and Grievance office.

Remarks by staff (if necessary): _There is a process that is being followed._

_____   __X Ruckel__   _____
Print Staff Name          Staff Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: _MARC WACHTER_ ID #: _M12654_ Living Unit: _EZ B-12_

Job Assignment: _____ Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services  ☐ OAEVS  ☐ Career and Tec...  ☐ Education (CTE)  ☐ Business Office
☐ Record Office  ☐ Placement Office  ☐ other (specify): _Orientace officer MORGAN,_

for the purpose of (explain):
_I was NOT SENDING YOU REQUEST SLIPS FOR #R7-0925-2121_
_TO FAULT YOUR EFFORTS. THE WARDEN HAS THE AUTHORITY AND DUTY_ →

Have you previously discussed this issue with a staff member? ☐ No  ☐ Yes  If yes, name: _____

_____  _2-3-26_
Individual in Custody's Signature    Date

### INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary):
_I appreciate that. I am working as fast as I can to get_
_things moving but still be able to do the job right. And I understand_
_on the HCU issues. We are working w/ them to hopefully start getting answers._

_____  _____  _____
Print Staff Name              Staff Signature                Date

TO insure THAT THE HCU IS completing medical orders and Timely Answering medical grievances. However, The requests I sent to Him are rerouted to you.

TO BE clear, THE Inmate POPULATION IS EXCITED YOU Are BACK IN THE grievance office. Your Efforts In THE PAST And Timely responces were very much Appriciated. We understand you inherited a mess And significant BACK log. We Are confident YOU will prevail.

THANK you For Taking The Time TO read AND Answer my request slips.

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS



RUN DATE: 6/30/2026

RUN TIME: 4:01:54 PM

---

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M12656 WACHTER,MARC J      Minimum      A     None      CEN:CEN:E2:B:12:L 1

PRIMARY: UNASSIGNED , PARTICIPANT-CEN710010009

DESTINATION: MD LINE        DAY: 7/1/2026     AT: 12:20:00 PM

   PASS TYPE: HEALTH CARE UNIT

   COMMENTS:

AUTHORIZED: Candace Mcmillan

CELL HOUSE SIGNATURE: _____      TIME: \_\_\_\_:\_\_\_\_

DESTINATION SIGNATURE: _____      TIME: \_\_\_\_:\_\_\_\_

EXIT SIGNATURE: _____      TIME: \_\_\_\_:\_\_\_\_

RETURN SIGNATURE: _____      TIME: \_\_\_\_:\_\_\_\_

CANCELLED.

20

OERCP101        ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE: 10
Offender 360
PRINTED SCHED. CALL PASS    RUN DATE: 6/27/2026

RUN TIME: 4:04:09 PM

---

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M12656 WACHTER,MARC J            Minimum          A        None          CEN:CEN:E2:B:12:L 1

PRIMARY: UNASSIGNED , PARTICIPANT-CEN710010009


DESTINATION: NSC                    DAY: 6/28/2026    AT: 4:40:00 PM

PASS TYPE: HEALTH CARE UNIT

COMMENTS:

AUTHORIZED: Candace Mcmillan


CELL HOUSE SIGNATURE:      _____        TIME: ____:____
DESTINATION SIGNATURE:     _____        TIME: ____:____
EXIT SIGNATURE:            _____        TIME: ____:____
RETURN SIGNATURE:          _____        TIME: ____:____

Cancelled.



# Illinois DOC Has Failed to Improve Prison Health Care Seven Years After Order

Prisoners in Illinois can face decades of medical neglect, as in the case of Johnnie Flournoy, a 74-year-old prisoner locked up at the Pinckneyville Correction Center around five hours south of Chicago. Imprisoned since the early 1990s, Flournoy was diagnosed with glaucoma in 2002. But, according to reporting by the *Chicago Sun-Times*, he spent years getting shuffled from one state prison to the next—and during all that time, he never received the cheap prescription eye drops that would have allowed him to manage the condition.

Instead, when Flournoy finally received treatment following multiple grievances and winning two settlements, he had to undergo five surgeries. He's now lost all vision in his left eye and struggles to see from his right, and he still isn't able to access the eye drops, which are available through insurance for as little as $10. "They let me go blind," he told the *Chicago Sun-Times*, "and they still ain't doing nothing."

Flournoy's story is a common one in the drastically understaffed facilities that make up the Illinois prison system. Since 2019, the state Department of Corrections (DOC) has been under a consent decree to improve health care. And yet, years of reports from an independent court-appointed monitor indicate that the DOC is failing to provide adequate medical and dental care to prisoners, seven years after the agreement was first signed.

## Monitor's Report

In its latest report, filed in January 2026, the monitor highlighted a litany of disturbing deficiencies. Most glaringly, the report found that the DOC only employs 16 full-time physicians across 29 facilities that cage 30,000 people. Although the DOC receives funding for 33 full-time physicians, staffing levels remain "dangerously low" in large part because turn-over rates are alarmingly high. Since 2021, for example, 49 physicians have resigned from the DOC and around 60% of nursing positions are currently vacant.

Beyond failing to hire and retain medical staff, the DOC does not have a system for tracking filed and vacant positions. Nor did the agency provide performance reviews or disciplinary records to the monitor. This disorganization extends to patient records, which are kept on paper and not digitized—an issue that contributes to medical neglect. All of the above factors likely played a role in the demise of three prisoners who died from asthma in DOC care since 2024, each of which were deemed preventable deaths by the monitor.

## The Consent Decree

The DOC's consent decree stems from a lawsuit, and subsequent settlement, filed against the agency by the ACLU of Illinois on behalf of Don Lippert. Lippert, incarcerated at Stateville Correctional Center in 2010, alleged he was denied insulin shots and, as a result, went into diabetic shock. The suit was later expanded into a class action that included all DOC prisoners in need of significant medical and dental treatment. [See: *PLN*, Jan. 2023 p.12].

With the consent decree signed, th DOC pledged to initiate a large-scal overhaul of its healthcare system. Thes promised reforms included: hiring mor staff, creating a medical record system, an improving infrastructure, among other pro visions. But outside of the DOC improvin its written policies, the changes largel remain on paper, as the recent monito report revealed.

## Healthcare Profiteers

Another roadblock in the way of improvin conditions is the DOC's contracts with pri vate healthcare companies, which emplo more than half of its medical staff. Unt last summer, Illinois primarily contracte with Wexford Health Sources, a profitee that has a long track record of poor car and preventable deaths [See: *PLN*, Ju 2024, p. 40; see also: *PLN*, Feb. 2025, 1.] The state soon replaced Wexford wit Centurion, another profiteer with a simila history and operating procedure [See: *PLN* Jan. 2024, p.1.]

As reporting from the *Chicago Sun Times* revealed in 2025, Illinois prisone say that not much has changed under Cen turion. They are still being ignored, denie care, and like Flournoy, forced to hold ou as their complaints go unheard and the conditions worsen. ◆

Source: *Chicago Sun-Times*

### If You Write to *Prison Legal News*

We receive many, many letters from prisoners – around 1,000 a month, every month. If you contact us, please note that we are unable to respond to the vast majority of letters we receive.

In almost all cases we cannot help find an attorney, intervene in criminal or civil cases, contact prison officials regarding grievances or disciplinary issues, etc. We cannot assist with wrongful convictions, and recommend contacting organizations that specialize in such cases – see the resource list on page 68 (though we can help obtain compensation *after* a wrongful conviction has been reversed based on innocence claims).

Please do not send us documents that you need to have returned. Although we welcome copies of verdicts and settlements, do not send copies of complaints or lawsuits that have not yet resulted in a favorable outcome.

Also, if you contact us, please ensure letters are legible and to the point – we regularly receive 10- to 15-page letters, and do not have the staff time or resources to review lengthy correspondence. If we need more information, we will write back.

While we wish we could respond to everyone who contacts us, we are unable to do so; please do not be disappointed if you do not receive a reply.

**Writing to Win: The Legal Writer**
Need to write better? *Writing to Win* will teach you the basics of how to compose clear and convincing written and oral legal arguments! 270 pages packed with solid, practical advice and tips. $19.95 from *PLN*'s Book Store! See page 69 for more information. ◆

MARC WACHTER M12656
CENTRALIA CORR CENTRE
9330 SHATTUC RD
CENTRALIA, IL 62801

This Correspondence Is From An Inmate of The IL Dept of Corrections

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 62801
02 7W
0008033308    JUL 10 2026    $ 002.44⁰

MAIL CLEARED US MARSHALS

UNITED STATES COURT HOUSE
C/O CLERK OF THE COURT
750 MISSOURI AVE
EAST ST-LOUIS, IL 62201

PRIVILEGED



RECEIVED

JUL 14 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE